# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**OSVALDO ALFONSO,**

    Plaintiff,

v.                                                        Case No: 5:17-cv-452-Oc-30PRL

**U.S. ATTORNEY GENERAL and**
**FLORIDA ATTORNEY GENERAL**

    Defendants.

## ORDER

On October 25, 2017, the undersigned entered an Order noting deficiencies in *pro se* Plaintiff's complaint and allowing Plaintiff an opportunity to file an amended complaint or pay the filing fee by November 23, 2017. (Doc. 5). The Order further noted that *pro se* Plaintiff's motion to proceed *in forma pauperis* was taken under advisement.

On the same date, both a notice of appearance and motion to dismiss was filed on behalf of Florida Attorney General Pamela Bondi. (Docs. 3 & 4). Because Plaintiff has been granted an opportunity to amend the complaint, however, Defendant's motion to dismiss (Doc. 4) is due to be denied as moot, subject to Defendant's right to renew the motion to dismiss if necessary at a later time.

**DONE** and **ORDERED** in Ocala, Florida on October 31, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties